UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JAMES DUNCAN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-CV-01380-BAT<br><br>ORDER GRANTING A STAY OF CASE PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS |

Based on Defendant's Motion for a stay of proceedings until after Congress has restored appropriations to the SSA, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that this case is stayed until Congress has restored appropriations to the SSA and that Defendant's deadline to file a response to Plaintiff's complaint shall be extended to fourteen (14) days after the end of the government shutdown.

DATED this 1st day of October, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Page 1    ORDER –2:25-CV-01380-BAT

Presented by:

s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
State Bar No. (WA) 26823
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov